a proper purpose. *See id.* Additionally, there is no requirement that the IRS make an assessment or show that the Benoits have a tax liability before issuing a summons, since the IRS may issue a summons to investigate possible tax liability. *See* I.R.C. § 7602; *Saunders,* 951 F.2d at 1067.

We reject as frivolous the Benoits' contentions that the IRS has no valid jurisdiction over them and that the summons was invalid because it failed to comply with the attestation requirements of 26 U.S.C. § 7603. Because the district court did not clearly err by enforcing the IRS summons, we

AFFIRM.

Before GOODWIN, LEAVY, and THOMAS, Circuit Judges.

### MEMORANDUM [2]

**Albert R. SALMAN, Plaintiff—Appellant,**

v.

**Robert E. ROSE, Defendant—Appellee.**

No. 00–16546.

D.C. No. CV–00–00037–JLQ.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 12, 2001.[1]

Decided Feb. 22, 2001.

Albert R. Salman appeals pro se the district court's partial order of dismissal which granted the motion to dismiss filed by Nevada Supreme Court Chief Justice Robert Rose in Salman's 42 U.S.C. § 1983 action alleging violations of his civil rights.

Rose's motion to dismiss is GRANTED and the appeal is DISMISSED for lack of jurisdiction because the district court's order was not a final, appealable judgment. *See* 28 U.S.C. § 1291; *Chacon v. Babcock,* 640 F.2d 221, 222 (9th Cir.1981).

---

1.  The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a); 9th Cir. R. 34–4.

2.  This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.